J-A01030-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| J.J.V. | IN THE SUPERIOR COURT |
|---|---|
| Appellant | OF PENNSYLVANIA |
| v. | |
| N.A. | |
| Appellee | No. 2048 EDA 2018 |

Appeal from the Order Dated May 30, 2018
In the Court of Common Pleas of Philadelphia County
Family Court at No: 0C1305517

BEFORE:  OTT, STABILE, and MCLAUGHLIN, JJ.

JUDGMENT ORDER BY STABILE, J.:          **FILED DECEMBER 24, 2018**

A review of the instant appeal reveals that the instant appeal is untimely.  Appellant is appealing, in part, from the May 9, 2018 order relinquishing jurisdiction of the custody matter to New Jersey.  To be timely, the instant appeal had to be filed no later than June 8, 2018.  **See** Pa.R.A.P. 903(a). The instant appeal, filed June 18, 2018, is, therefore, untimely. Accordingly, we quash the instant appeal, to the extent the appeal is from the May 9, 2018 order.

Appellant purports to appeal also from the May 30, 2018 order denying his motion for reconsideration of the May 9, 2018 order.  It is well-established, however, that orders denying reconsideration are not appealable.  Rather, the appeal lies from the underlying order itself.  **See**, **e.g.**, **T.W. v. D.A.**, 127 A.3d 826, 826 n.1 (Pa. Super. 2015).  **See also Cheathem v. Temple Univ.**

***Hosp.***, 743 A.2d 518 (Pa. Super. 1999) (mere filing of a petition for reconsideration did not toll 30 day appeal period from final order). Thus, we quash the appeal also to the extent Appellant purports to appeal from the denial of his motion for reconsideration.

Appeal quashed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 12/24/18